# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| RENEE LeFEBVRE, | SACV 14-1950 DOC (ANx) |
| PLAINTIFF(S) | |
| v. | |
| HENSLEY CHIN, | ORDER RE REQUEST TO PROCEED IN FORMA PAUPERIS |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____           _____
Date                              United States Magistrate Judge

IT IS RECOMMENDED that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

- [ ] Inadequate showing of indigency
- [X] District Court lacks jurisdiction
- [X] Legally and/or factually patently frivolous
- [ ] Immunity as to _____
- [ ] Other: _____

Comments:

Defendant is not entitled to in forma pauperis status because he and his co-defendant improperly removed the underlying unlawful detainer action from the Orange County Superior Court. The Court should also grant plaintiff's ex parte application to remand this case (see docket # 8).

Dec. 22, 2014                      ARTHUR NAKAZATO
Date                              United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

- [ ] GRANTED
- [X] DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby DISMISSED.

December 23, 2014                 David O. Carter
Date                              United States District Judge

CV-73 (12/14)        ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*